MAX BROWN, an Infant, by SAM BROWN, His Guardian ad Litem, Respondent, *v.* CITY OF NEW YORK, Appellant.

SAM BROWN, Respondent, *v.* CITY OF NEW YORK, Appellant.

(Submitted February 14, 1930; decided March 18, 1930.)

*Arthur J. W. Hilly,* Corporation Counsel (*Willard S. Allen, Matthew J. Troy* and *J. Joseph Lilly* of counsel), for appellant.

*Charles Weg* for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.